Jeffrey P. Kaufman, ISB No. 8022
Office of Kathleen A. McCallister,
    Chapter 13 Trustee
P.O. Box 1150
Meridian ID 83680
(208) 922-5100 - Telephone
(208) 922-5599 - Facsimile
jpk@kam13trustee.com

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF IDAHO

| | |
|---|---|
| In re:<br>MICHAEL CHANDLER PROHL,<br>    Debtor. | Case No. 21-00449-JMM<br><br>Chapter 13 |

**Notice of Trustee's Objection to Debtor(s) Claim of Exemption
and Opportunity to Object and for a Hearing**

**No Objection.**  The Court may consider this request for an order without further notice or hearing unless a party in interest files an objection within fourteen [14] days of the date of service of this notice.

If an objection is not filed within the time permitted, the Court may consider that there is no opposition to the granting of the requested relief and may grant the relief without further notice or hearing.

**Objection.**  Any objection shall set out the legal and/or factual basis for the objection.  A copy of the objection shall be served on the movant.

**Hearing on Objection.**  The objecting party shall also contact the court's calendar clerk to schedule a hearing on the objection and file a separate notice of hearing.

### TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTION

COMES NOW Kathleen A. McCallister, Standing Chapter 13 Trustee for the District of Idaho, by and through her attorney, Jeffrey P. Kaufman, and, pursuant to FRBP 4003, hereby objects to the following exemption(s) claimed by Debtor(s) in this proceeding:

| Asset Description | Claimed Value Owned by Debtor | Specific Law Claimed | Value of Exemption |
|---|---|---|---|
| 2021 Mercedes Sprinter Van good condition; vehicle includes full ac, electric and plumbing | $90,000.00 | Idaho Code § 55-1003 | $175,000.00 |
| | | TOTAL VALUE OF EXEMPTIONS CLAIMED | $175,000.00 |

### OBJECTION

Trustee objects to Debtor's claim of exemption in the above-referenced property on the grounds that Debtor is not be entitled to the I.C. 55-1004's automatic homestead exemption because at time Debtor filed his Petition, the above-referenced property was not being used by Debtor as his principal residence. Nor has Debtor provided Trustee a Declaration as described in I.C. § 55-1006 that was properly executed and recorded before the filing of his Petition. Consequently, the above-referenced claim of exemption should be disallowed.

WHEREFORE, the Trustee respectfully requests that Debtor's above claim of exemption be disallowed.

DATED: November 30, 2022         OFFICE OF KATHLEEN A. McCALLISTER,
                                  CHAPTER 13 TRUSTEE

                                  By: /s/ *Jeffrey P. Kaufman*
                                       Jeffrey P. Kaufman,
                                       Attorney for Kathleen A. McCallister

## CERTIFICATE OF SERVICE

  I, HEREBY CERTIFY that on November 30, 2022, I filed the foregoing electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means, as more fully reflected on the Notice of Electronic Filing:

| | |
|---|---|
| Office of the U.S. Trustee<br>ustp.region18.bs.ecf@usdoj.gov | Holly Sutherland, for the Debtors<br>holly@averylaw.net |

  AND I FURTHER CERTIFY that on November 30, 2022 I served the foregoing on the following non-CM/ECF Registered Participants in the manner indicated:

  Via first class mail, postage prepaid addressed as follows:

Michael Chandler Prohl
9169 W. State St. Ste. 290
Garden City, ID  83714

/s/ Jeffrey P. Kaufman
Jeffrey P. Kaufman
